NTF
Rev. 11/07

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**Nancy Tarsha**
 424 Cox Road
San Marcos, CA 92069–9797
xxx–xx–5588
*No Known Aliases*

Case number:  10–08210–LT13
Chapter:  13
Judge  Laura S. Taylor

### Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **1** filed on: **5/13/10**    Title of Document: **CHAPTER 13 VOLUNTARY PETITION...EXHIBIT D TO BE AMENDED ..NO CERTIFICATE OF CREDIT COUNSELING ATTACHED**

Pursuant to General Order 162, Federal Rules of Procedure and/or Local Bankruptcy Rules, the following errors or deficiencies have been found with your filed document:

**ACTION TAKEN BY COURT**

☑ Aty/Debtor(Pro Se)/Movant contacted on **5/14/10**    via  ☑ Tel/Voice Mail    ☐ Email    ☐ Mail or Other

**ACTION REQUIRED BY FILER**

**Amended document MUST BE FILED and RE–SERVED if applicable**

**OTHER:**

Dated: 5/14/10

Barry K. Lander
Clerk of the Bankruptcy Court